

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00368-CR

Preston Dewayne **VANNOY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-15-0780
Honorable Brenda Chapman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 27, 2018.

_____
Irene Rios, Justice